IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JUAN CARLOS TAPIA MACHADO,        *

           Petitioner,        *

v.                          Case No.  4:26-cv-836-CDL-ALS

                         *

WARDEN, STEWART DETENTION
CENTER, *et al.,*              *

           Respondents.     *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 23rd day of June, 2026.

                        David W. Bunt, Clerk

                        s/ Elizabeth S. Long, Deputy Clerk